FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 13 PM 2: 00

CLERK_____M. A. Hill
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

TERRIAN TYRONE RICHARDS,          )
                                  )
        Petitioner,               )
                                  )
v.                                )          CASE NO. CV410-073
                                  )
DANNY THOMPSON, Warden            )
                                  )
        Respondent.               )
                                  )

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Northern District of Georgia, Rome Division. Upon transfer, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this *13th* day of July 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA